# United States District Court

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
|---|---|
| V. | |
| Regina Bussard | CASE NUMBER: 6:06-mj-00131-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:   February 7, 2007**            **/s/  William M. Wunderlich**
mmkd34                           UNITED STATES MAGISTRATE JUDGE